■ MARY HANDEL, Respondent, v THOMAS HANDEL, Appellant.—In a matrimonial action, defendant appeals from an order of the Supreme Court, Richmond County, dated October 30, 1978, which, *inter alia,* granted plaintiff's motion to hold him in contempt of court and denied his cross motion for a downward modification of the alimony and child support provisions of a divorce decree dated June 7, 1976. Order affirmed, with $50 costs and disbursements. Defendant failed to clearly establish that there has been a

change of circumstances so as to warrant modification of the divorce decree. Titone, J. P., Suozzi, O'Connor and Shapiro, JJ., concur.